UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIY VICTOROVICH EKUBOV,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>　　　　　　Respondent. | CASE NO. 2:20-cv-01104-TL<br><br>ORDER OF REFERENCE |

　　　This action is assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:20-cv-01104-TL-SKV. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

　　　Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("MJR") 3(a), the Court hereby refers to Magistrate Judge S. Kate Vaughan all non-dispositive pretrial matters, other than those matters excluded by 28 U.S.C. § 636(b)(1)(A). Federal Rule of Civil Procedure

ORDER OF REFERENCE - 1

72(a) governs any objections to Magistrate Judge Vaughan's rulings concerning any non-dispositive motions. *See also* MJR 3(b).

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Magistrate Judge Rule 4, the Court also hereby refers to Magistrate Judge Vaughan for preparation of a report and recommendation the pending motion for summary judgment (Dkt. No. 17). Federal Rule of Civil Procedure 72(b) governs any further proceedings in this Court after Magistrate Judge Vaughan files a report and recommendation. *See also* MJR 4(c).

Accordingly, the Court ORDERS that the above-entitled action be referred to Magistrate Judge Vaughan for the specific purposes and types of motions described herein. The Court further DIRECTS and EMPOWERS Magistrate Judge Vaughan to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

IT IS SO ORDERED.

Dated this 7th day of April 2022.

Tana Lin
United States District Judge

ORDER OF REFERENCE - 2