UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIY VICTOROVICH EKUBOV,<br><br>　　　　　　　Petitioner(s),<br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,<br><br>　　　　　　　Respondent(s). | CASE NO. 2:20-cv-01104-TL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, and receiving no objections or responses, the Court:

　　(1) ADOPTS the Report and Recommendation (Dkt. No. 25);

　　(2) GRANTS Respondents' Motion for Summary Judgment (Dkt. No. 17);

　　(3) DENIES Petitioner's application for naturalization; and

　　(4) DIRECTS the Clerk to send copies of this Order to the parties and to the Honorable S. Kate Vaughan.

1 | Dated this <u>6th</u> day of July 2022.

_____
Tana Lin
United States District Judge
